UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
---------------------------------------------------X
Mallory Pope,

                                     Civil Action No.: 2:14-2618-DDC-TJJ

                   Plaintiff,

         -against-

Allied International Credit Corp.,

                  Defendant.
-------------------------------------------------X

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Mallory Pope hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1.  The parties have reached a settlement accord and are currently in the process of carrying out its pertinent terms and conditions.

2.  Given the imminence of the parties' fulfilling the terms of their settlement agreement, Plaintiff respectfully requests a stay of all deadlines, and further requests that the parties be excused from any appearances and any obligations for court filings.

3.  If the terms of the settlement are fulfilled as agreed, Plaintiff shall file a Notice of Voluntary dismissal within sixty (60) days.

Dated:  March 2, 2015

Respectfully submitted,

By: /s J. Bradley Pace_____
J. Bradley Pace, KS Bar #13431
Pace Law Firm,
P.O. Box 1131
Mission, Kansas 66222
Telephone (913)722-2371
Fax (913)722-2371
Email:  jbradpace@att.net

Fredrick Schulman, Esq.
Fredrick Schulman & Associates
30 East 29TH Street
New York, New York 10016
Telephone (212)796-6053
Fax (212) 951-7379
Email: info@fschulmanlaw.com
ATTORNEYS FOR PLAINTIFF