UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS (Kansas City)
-------------------------------------------------X
Mallory Pope,

                                                                                              Civil Action No.: 2:14-2618-DDC-TJJ

                Plaintiff,

     -against-

Allied International Credit Corp.,

                Defendant.
-------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

COMES NOW Plaintiff Mallory Pope, by and through her undersigned counsel, and states that the Defendant Allied International Credit Corp. has not filed an answer or motion for summary judgment in this action. Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mallory Pope, by and through the undersigned counsel, hereby gives notice that the above-captioned action is hereby voluntarily dismissed, with prejudice, against Defendant Allied International Credit Corp.

Dated: March 16, 2015

                                                      By: /s J. Bradley Pace_____
                                                      J. Bradley Pace, KS Bar #13431
                                                      Pace Law Firm,
                                                      P.O. Box 1131
                                                      Mission, Kansas 66222
                                                      Telephone (913)722-2371
                                                      Fax (913)722-2371
                                                      Email: jbradpace@att.net

                                                      Fredrick Schulman & Associates
                                                      30 East 29TH Street
                                                      New York, New York 10016
                                                      Telephone (212)796-6053
                                                      Fax (212) 951-7379
                                                      Email: info@fschulmanlaw.com
                                                      ATTORNEYS FOR PLAINTIFF